# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| Julius Musau, *Plaintiff* v. Kenneth Carlson, District Director Immigration and Customs Enforcement in Kansas City, et. al., *Defendant* | Civil Action No. 10-2427-KHV |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ %, per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: IT IS ORDERED that Respondents' Motion To Dismiss Petitioner's Petition For Habeas Corpus, And Opposition To The Motion For Stay Of Removal (Doc. #9) filed September 3, 2010 is SUSTAINED. The Court dismisses petitioner's claims for lack of subject matter jurisdiction.

This action was *(check one)*:

☐ tried by a jury with _____ presiding, and the jury has rendered a verdict.

☐ tried by _____ without a jury and the above decision was reached.

☑ decided by Chief U. S. District Judge Kathryn H. Vratil on a motion for Dismissal of Petitioner's Petition For Habeas Corpus.

Date: 3/24/2011

*TIMOTHY M. O'BRIEN*
*CLERK OF COURT*

s/Carol Kuhl
*Signature of Clerk or Deputy Clerk*